PETER C. WETHERALL
Nevada Bar No. 4414
**WETHERALL GROUP, LTD.**
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 838-8500
Facsimile: (702) 837-5081
Email: pwetherall@wetherallgroup.com

Aaron Brody (Pro Hac Forthcoming)
STULL, STULL, & BRODY
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
Email: abrody@ssbny.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MORRIS AKERMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INUVO, INC., RICHARD HOWE, G. KENT BURNETT, PAUL L. FOSTER, GORDON CAMERON, CHARLES MORGAN, and PATRICK TERRELL,<br><br>Defendants. | Case No.: 2:18-cv-2407<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | WHEREAS, Plaintiff filed the above-captioned action (the "Action") challenging the |
| 2 | disclosures made in the Form S-4 Registration Statement (the "Registration Statement") filed with |
| 3 | the United States Securities and Exchange Commission (the "SEC"), on or around December 17, |
| 4 | 2018, in connection with the proposed acquisition of acquisition of Inuvo, Inc. ("Inuvo") by |
| 5 | ConversionPoint Technologies Inc. and its subsidiaries (collectively, "ConversionPoint"), |
| 6 | pursuant to an Agreement and Plan of Merger dated November 2, 2018 (the "Transaction"); |
| 7 | WHEREAS, the Action asserts claims for violations of Sections 14(a) and 20(a) of the |
| 8 | Securities Exchange Act of 1934 (the "1934 Act"); |
| 9 | WHEREAS, on March 15, 2019, Defendants filed a Form S-4/A Registration Statement |
| 10 | (the "Amended Registration Statement") with the SEC in connection with the Transaction; |
| 11 | WHEREAS, the Amended Registration Statement includes certain supplemental |
| 12 | disclosures (the "Supplemental Disclosures"), the omission of which Plaintiff alleges caused the |
| 13 | Registration Statement to contravene the 1934 Act; |
| 14 | WHEREAS, Plaintiff believes that the Supplemental Disclosures have substantially, if not |
| 15 | entirely, mooted his claims in the Action regarding the adequacy of disclosure (the "Mooted |
| 16 | Claims") and, as a result, Plaintiff intends to dismiss the Action except, as stipulated below, with |
| 17 | prejudice as to himself, and without prejudice as to the members of the putative class; |
| 18 | WHEREAS, Plaintiff intends to seek an award of attorney's fees and reimbursement of |
| 19 | expenses in connection with the Mooted Claims (the "Fee and Expense Request"); |
| 20 | WHEREAS, Defendants reserve all rights, arguments, and defenses, including the right to |
| 21 | oppose any potential Fee and Expense Request; |
| 22 | WHEREAS, no class has been certified in the Action and no motion for class certification |
| 23 | has been filed; |
| 24 | WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly |
| 25 | or indirectly to Plaintiff or his attorneys and no promise, understanding, or agreement to give any |
| 26 | such compensation has been made, nor have the parties had any discussions concerning the |
| 27 | amount of any mootness Fee and Expense Request or award; |
| 28 | |

| | |
|---|---|
| 1 | WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend |
| 2 | that no claim asserted in the Action was ever meritorious, and further assert that this Action should |
| 3 | have been dismissed or stayed in deference to the first-filed action raising substantially similar |
| 4 | claims in the U.S. District Court for the District of Delaware ; |
| 5 | WHEREAS, Plaintiff does not concede or admit a lack of merit in any of his claims; |
| 6 | NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court, |
| 7 | IT IS HEREBY STIPULATED AND AGREED, this 20th day of March, 2019 that: |
| 8 | The Action, except with respect to a Fee and Expense Request, is dismissed in its entirety |
| 9 | with prejudice as to Plaintiff only and without prejudice as to the members of any putative class. |
| 10 | Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative |
| 11 | class, notice of this dismissal is not required. |
| 12 | The Court retains jurisdiction of the Action solely for the purpose of determining any |
| 13 | application by Plaintiff in connection with his Fee and Expense Request, if the parties are unable |
| 14 | to agree upon the same. |
| 15 | This Stipulation and Order are entered without prejudice to any right, position, claim or |
| 16 | defense any party may assert with respect to the Fee and Expense Request, which includes |
| 17 | defendants' right to oppose the Fee and Expense Request. |
| 18 | To the extent that the parties are unable to reach an agreement concerning the Fee and |
| 19 | Expense Request, they may contact the Court regarding a schedule and hearing to present such |
| 20 | application to the Court. |
| 21 | If the parties reach an agreement concerning the Fee and Expense Request, they will notify |
| 22 | the Court by filing a Rule 41 dismissal. Upon such notification, the Court will close the Action. |

IT IS SO ORDERED:

//

//  _____
RICHARD F. BOULWARE, II
//  UNITED STATES DISTRICT JUDGE

DATED this 21st day of March, 2019.

| | | |
|---|---|---|
| 1 | DATED: March 20, 2019 | Respectfully Submitted, |
| 2 | | **WETHERALL GROUP, LTD** |
| 3 | | /s/ Peter C. Wetherall |
| 4 | | Peter C. Wetherall, Esq.<br>Nevada Bar No. 4414 |
| 5 | | 9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 |
| 6 | | Telephone: (702) 838-8500<br>Email pwetherall@wetherallgroup.com |
| 7 | | *Attorneys for Plaintiff* |
| 8 | | **STULL, STULL, & BRODY** |
| 9 | | Aaron Brody |
| 10 | | 6 East 45th Street<br>New York, NY 10017 |
| 11 | | Telephone: (212) 687-7230<br>Email: abrody@ssbny.com |
| 12 | | *Of Counsel* |
| 13 | | |
| 14 | | **MCDONALD CARANO LLP** |
| 15 | | By: Craig Newby |
| 16 | | Craig A. Newby, Esq. (NSBN 8591)<br>Rory T. Kay, Esq. (NSBN 12416) |
| 17 | | 2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102 |
| 18 | | Telephone: (702) 873-4100<br>Email: cnewby@mcdonaldcarano.com |
| 19 | | rkay@mcdonaldcarano.com |
| 20 | | *Attorney for Defendants Inuvo, Inc. Richard* |
| 21 | | *Howe, G. Kent Burnett, Paul L. Foster,* |
| 22 | | *Gordon Cameron, Charles Morgan, and*<br>*Patrick Terrell* |
| 23 | | |
| 24 | | |
| 25 | DMS/12076650v.1 | |
| 26 | | |
| 27 | | |
| 28 | | |